IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANK J. CUMMINS, JR.                          PLAINTIFF

vs.                          Case No. 3:17cv00270 JTK

NANCY BERRYHILL, *Acting Commissioner*, Social Security Administration                          DEFENDANT

## **ORDER**

The Clerk is directed to complete the USM-285 form and forward a summons together with a copy of the complaint to the United States Marshals Service for service of process to all necessary Defendants in this case without prepayment of fees from the Plaintiff.

IT IS SO ORDERED this 3rd day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE