IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANK J. CUMMINS, JR.            PLAINTIFF

v.          Case No. 3:17-cv-270 JTK

NANCY A. BERRYHILL, *Acting Commissioner*,
Social Security Administration            DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 6th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE